1  MICHELE BECKWITH
   Acting United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANNA SERHIIVNA RYZHENKO, ET AL., | CASE NO. 2:24-cv-03540-JAM-JDP |
|---|---|
| Plaintiffs, | **FIRST STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| v. | |
| UR JADDOU, | |
| Defendant. | |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiffs does not oppose. In this case, Plaintiffs allege that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on Plaintiff Ryzhenko's pending asylum application, which she filed in 2016. USCIS has scheduled Plaintiff Ryzhenko's asylum interview for March 6, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff Ryzhenko's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview.

/ / /

/ / /

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is **July 07, 2025**. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  February 11, 2025						MICHELE BECKWITH
								Acting United States Attorney

							By:	/s/ ELLIOT C. WONG
								ELLIOT C. WONG
								Assistant United States Attorney


Dated: February 11, 2025					By:	/s/ MEGAN N. GUZMAN
								MEGAN N. GUZMAN
								Counsel for Plaintiffs


**ORDER**

IT IS SO ORDERED.

Dated: February 18, 2025					/s/ John A. Mendez
								THE HONORABLE JOHN A. MENDEZ
								SENIOR UNITED STATES DISTRICT JUDGE